In the Matter of the Application of George Bradshaw for Admission to

the Bar.— Application granted.  Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises, etc., Anthony Street and Vandervoort Avenue, Borough of Brooklyn, City of New York, for a School Site, etc.— Motion granted, without costs.  Present — Thomas, Carr, Woodward and Rich, JJ.; Jenks, P. J., taking no part.